# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 1378 |
| v. Cristian Ramirez <br> *(Print Defendant's name.)* | § § § § | Criminal No. 2:18-cr-~~01366~~ <br> Defendant No. _1_ |

### NOTICE OF INTENTION TO ENTER A PLEA OF GUILTY

Notice is hereby given to the Court and counsel for the United States of the defendant's intention to enter a plea of guilty pursuant to a plea agreement.

_____
Counsel for Defendant

__12/19/18_____
Date

### CERTIFICATE OF SERVICE

I certify that I notified counsel for the United States, __Jason Supplee__, of the defendant's intention to enter a plea of guilty. I certify that a true copy of this notice was served on counsel for the United States in the following manner: ( ) transmitted by facsimile ( ) delivered to the Office of United States Attorney ( ) mailed, postage prepaid (X) filed electronically, on this __21__ day of __December__, __2018__.

_____
Counsel for Defendant