UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 28 2019

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CASE NO. 2:18-CR-1378-1 |
| | § | |
| Cristian Ramirez | § | |

## CONSENT TO PLEA OF GUILTY BEFORE
## UNITED STATES MAGISTRATE JUDGE

The above named Defendant, after consulting with counsel, hereby waives his/her right to plead guilty before a United States District Judge, and consents to plead guilty pursuant to FED. R. CIV. P. 11 before a United States Magistrate Judge. I understand that my plea is subject to review and acceptance by the United States District Court and that sentencing will be conducted by the District Court.

Signed this 28th, January, 2019.

_____
Defendant

_____
Attorney for Defendant

_____
Consent by AUSA

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL
### (If Applicable)

My attorney has advised me of my right to have at least thirty days for prepare for trial. I hereby waive (give up) my right to have at least thirty days to prepare for trial.

_____
Defendant