United States District Court
Southern District of Texas

**ENTERED**
January 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO: C-18-1378-1 |
| | § | |
| **Cristian Ramirez** | § | |

## SENTENCING ORDER

On the **28th** day of **January**, 2019, the defendant plead guilty before the Magistrate Judge. A Presentence Report is ordered and a sentencing schedule is established as follows:

1. No later than **March 14, 2019**, the United States Probation Office will complete a Presentence Report and disclose the report to counsel. It is the responsibility of counsel to obtain the PSI Report. Rule CrLR 32.4, Local Rules of Southern District of Texas. The United States Probation Office will not advise counsel of the completion of the PSI Report.

2. No later than **March 29, 2019**, each counsel shall file written objections or a statement that there are no objections. All objections to the PSI based on law must be supported by reference to the applicable statutes, guidelines, and authorities. The objections must be filed with the Clerk of the Court, with copies provided the same day of filing to the U.S. Probation Officer and the Asst. U.S. Attorney handling the case. Any responses to objections shall be filed no later than **April 1, 2019.**

3. No later than **April 15, 2019**, the United States Probation Office shall prepare the final Presentence Report with an addendum addressing contested issues and furnish it to the Court and the parties.

4. Any supporting documents for sentencing such as letters or sentencing memorandums must be filed by **April 19, 2019**.

5. Any motions to continue must be filed no later than **April 19, 2019**. Failure to abide by this deadline may result in the motion being denied.

6. On **April 23, 2019 at 1:30 p.m.**, the defendant must appear for sentencing.

7. All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the Presentence Report.

ORDERED this **28th** day of **January**, 2019.

*By order of the Court*

*Nelva Gonzales Ramos*
*United States District Judge*